OPINION — AG — ** ADOPTION — INFORMATION — RELEASE DISCLOSURE ** AN ADOPTED PERSON OF LEGAL AGE DOES NOT, BY VIRTUE OF THE PROVISIONS OF 10 O.S. 60.18 [10-60.18], POSSESS AN ABSOLUTE RIGHT TO SEAL HIS ORIGINAL BIRTH CERTIFICATE UPON DEMAND. ADOPTED PERSONS OF LEGAL AGE DEMANDING TO VIEW THEIR ORIGINAL BIRTH CERTIFICATES MUST, UNDER THE PROVISIONS OF 10 O.S. 60.18 [10-60.18], OBTAIN A COURT ORDER. (CONFIDENTIAL RECORDS, ADOPTION, BIRTH CERTIFICATES, PRIVATE RECORDS, PUBLIC RECORD, HEALTH DEPARTMENT, COURT ORDER, VIEW ORIGINAL BIRTH CERTIFICATES) CITE: 10 O.S. 60.17 [10-60.17](3), 10 O.S. 60.18 [10-60.18], 10 O.S. 60.18 [10-60.18](2) (NEAL LEADER)